John F. Denove, CSB #68825
John D. Rowell, CSB #77971
Jesse French, CSB #279275
**CHEONG, DENOVE, ROWELL, BENNETT & KARNS**
**A Law Partnership including Professional Corporations**
10100 Santa Monica Boulevard, Suite 2460
Los Angeles, California 90067
(310) 277-4857 Fax No.: (310) 277-5254

Attorneys for Plaintiff MARY NAKAKI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARY NAKAKI

Plaintiff,

v.

CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; FLAMINGO LAS VEGAS HOLDING, LLC, a Nevada limited liability company; FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 2:12-cv-03942-JAK-AGR
Assigned to Hon. John A. Kronstadt
Courtroom: 750

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISMISSAL OF ACTION AND SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

Complaint filed: 2/16/12
Trial Date: 4/16/13

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR**, IT IS HEREBY ORDERED** as follows:

1. The deadline to file a Dismissal of this action is extended from December 20, 2012 to February 7, 2012.

2. The Court sets an Order to Show Cause re Dismissal for February 11, 2013 at 1:30 p.m. If a dismissal is filed by February 7, 2013, no appearance will be required. If a dismissal is not filed by February 7, 2013, counsel and the

parties, including decision makers, shall be present at the February 11, 2013 hearing.

Dated: December 21, 2012

THE HONORABLE JOHN A. KRONSTADT
UNITED STATED DISTRICT JUDGE

2

mlc

STIPULATION TO EXTEND TIME TO FILE DISMISSAL