1  John F. Denove, CSB #68825
   John D. Rowell, CSB #77971
2  Jesse French, CSB #279275
   **CHEONG, DENOVE, ROWELL, BENNETT & KARNS**
3  **A Law Partnership including Professional Corporations**
   10100 Santa Monica Boulevard, Suite 2460
4  Los Angeles, California 90067
   (310) 277-4857   Fax No.: (310) 277-5254
5

6  Attorneys for Plaintiff MARY NAKAKI

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11
   MARY NAKAKI                          CASE NO. 2:12-cv-03942-JAK-AGR
12                                        Assigned to Hon. John A. Kronstadt
          Plaintiff,                    Courtroom: 750
13
   v.
14
   CAESARS ENTERTAINMENT              **ORDER GRANTING**
15 OPERATING COMPANY, INC., a Delaware **STIPULATION TO  EXTEND**
   corporation; CAESARS ENTERTAINMENT **TIME TO FILE DISMISSAL OF**
16 CORPORATION, a Delaware corporation; **ACTION AND SETTING ORDER**
   FLAMINGO LAS VEGAS HOLDING, LLC,   **TO SHOW CAUSE RE**
17 a Nevada limited liability company;  **DISMISSAL**
   FLAMINGO LAS VEGAS OPERATING
18 COMPANY, LLC, a Nevada limited liability
   company; and DOES 1 through 100,
19 inclusive,                          Complaint filed:    2/16/12
                                       Trial Date:         4/16/13
20        Defendants.

21

22        UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING

23 THEREFOR**, IT IS HEREBY ORDERED** as follows:

24        1.    The deadline to file a Dismissal of this action is extended from

25              December 20, 2012 to February 7, 2012.

26        2.    The Court sets an Order to Show Cause re Dismissal for February 11, 2013

27              at 1:30 p.m. If a dismissal is filed by February 7, 2013, no appearance will

28              be required. If a dismissal is not filed by February 7, 2013, counsel and the

1    parties, including decision makers, shall be present at the February 11,

2    2013 hearing.

3

4    Dated: December 21, 2012

                                                   THE HONORABLE JOHN A. KRONSTADT

5    UNITED STATED DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

mlc

**STIPULATION TO EXTEND TIME TO FILE DISMISSAL**